722

No. 217.   MISHAWAKA RUBBER & WOOLEN MANUFAC-
TURING CO. v. PANTHER-PANCO RUBBER CO., INC.   Octo-
ber 14, 1946.   Petition for writ of certiorari to the Circuit
Court of Appeals for the First Circuit denied.   *Eugene
Manning Giles, Jr.* for petitioner.   *Melvin R. Jenney* for
respondent.

No. 219.   POWELL v. UNITED STATES.   October 14,
1946.   Petition for writ of certiorari to the Circuit Court
of Appeals for the Seventh Circuit denied.   *Theodore
Lockyear* and *Paul Wever* for petitioner.   *Solicitor Gen-
eral McGrath, W. Marvin Smith, Robert S. Erdahl* and
*Andrew F. Oehmann* for the United States.

No. 221.   GOIN v. UNITED STATES.   October 14, 1946.
Petition for writ of certiorari to the Circuit Court of Ap-
peals for the Seventh Circuit denied.   *Theodore Lockyear*
and *Paul Wever* for petitioner.   *Solicitor General Mc-
Grath, Robert S. Erdahl* and *Andrew F. Oehmann* for the
United States.

No. 224.   DUNSCOMBE v. LOFTIN ET AL., TRUSTEES.
October 14, 1946.   Petition for writ of certiorari to the
Circuit Court of Appeals for the Fifth Circuit denied.
*T. T. Oughterson* for petitioner.   *Russell L. Frink* for re-
spondents.

No. 226.   DYER ET AL. v. UNITED STATES.   October 14,
1946.   Petition for writ of certiorari to the United States
Court of Appeals for the District of Columbia denied.